UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBETT ARACELY ALVAREZ CHAIREZ,<br>Plaintiff,<br>v.<br>MERRICK B GARLAND, et al.,<br>Defendants. | Case No. 24-cv-00124-SK<br><br>**ORDER TO SHOW CAUSE** |

Petitioner Ibett Aracely Alvarez Chairez has filed a petition for a writ of habeas corpus concerning an alleged complete deprivation of a removal proceeding through denial of notice of her removal hearing. The Court makes a preliminary finding that it has jurisdiction to consider this claim. *See Amarjeet Singh v. Gonzales*, 499 F.3d 969, 979 (9th Cir. 2007). Respondents are ordered to show cause why the writ should not issue on or before March 11, 2024.

**IT IS SO ORDERED**.

Dated: January 9, 2024

_____
SALLIE KIM
United States Magistrate Judge